**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Douglas Steven BACON, Defendant—
Appellant.**

No. 05–30080.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2006.*

Decided April 10, 2006.

Paulette L. Stewart, Esq., Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

David F. Ness, Esq., Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: HAWKINS, MCKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Douglas Steven Bacon appeals from his guilty-plea conviction and 105–month sentence for possession of a stolen firearm, in violation of 18 U.S.C. § 922(j).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Bacon has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record.

Bacon has not filed a pro se supplemental brief.

Our independent review of the record, pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

